Mary Elizabeth Brown, Plaintiff-Appellant, v. Norman Brown, Jr., Defendant-Appellee.

Gen. No. 10,097. 

Third District.

February 26, 1957.

Released for publication March 14, 1957.

John W. Russell, for appellant; Alvin G. Whitehouse, for appellee. Opinion by JUDGE CARROLL. **Not to be published in full.**